UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JONATHON CUNNINGHAM, | ) | CIV. 12-5082-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF STURGIS, STURGIS POLICE DEPARTMENT; and POLICE OFFICER JENNA RICHARDS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation for judgment of dismissal (Docket 17) and upon notice from counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to any party.

Dated October 31, 2013.

BY THE COURT:

*/s/ Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE